IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-94-116-CR




JOSEPH LURAY HOLMAN, JR.,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY



NO. 2C92-5330, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING


 





PER CURIAM



 This is an appeal from a judgment of conviction for assault. Appellant has filed
a motion to withdraw the appeal. No decision of this Court has been delivered. The motion is
granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



Before Justices Powers, Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: October 5, 1994

Do Not Publish